```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 18535
   WARE LAWRENCE JR
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-3487


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/09/2007 and was not confirmed.

     The case was dismissed without confirmation 11/01/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                        PAID         PAID
--------------------------------------------------------------------------
CAPITAL ONE            UNSECURED           619.07           .00          .00
PRO SE DEBTOR          DEBTOR ATTY            .00                        .00
TOM VAUGHN             TRUSTEE                                           .00
DEBTOR REFUND          REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          --------------    --------------
TOTALS                        .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 02/27/08             _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```